

FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0135

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0135

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KINGSLEY U. ARIEGWE,

Defendant and Appellant.

_____

FILED

APR 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Before this Court are three motions filed by self-represented Appellant Kingsley U. Ariegwe: Motion To Compel the Production of Discovery; Motion for Appointment of Counsel; and Motion for Extension of Time. Kingsley appeals a February 22, 2024 Order Denying Motion for New Trial, issued in the Cascade County District Court.

Ariegwe states that he wants documents #89 and #90 concerning the jury list and the jury list with challenges. He asks that this Court compel the Clerk of District Court, the County Attorney's Office, the Appellate Defender Division, and the Sheriff's Office to produce the documents for his pending appeal. Ariegwe further requests appointment of counsel "during this Critical Stage of this proceeding against him[.]" Ariegwe requests a thirty-day extension of time to file his opening brief, which is presently due May 2, 2024.

Ariegwe is not entitled to his request for discovery production or for counsel's representation. A motion to compel discovery, pursuant to M. R. Civ. P. 26, is applicable only to a district court and not this Court, an appellate court of review. M. R. Civ. P. 1. For appeal purposes, the record is defined as "the original papers and exhibits filed in the district court[.]" M. R. App. P. 8(1). This Court received the record on April 2, 2024. This Court observes that, due to the twenty years since the District Court convicted and sentenced Ariegwe, many of the non-permanent documents were purged in the court's record, as noted in this Court's electronic database. There is no right to the appointment

of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Ariegwe is not entitled to court-appointed counsel in this appeal. He represented himself in the District Court. He has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA.

Given the foregoing, however, Ariegwe is entitled to an extension of time to file his opening brief. Therefore,

IT IS ORDERED that:

1. Ariegwe's Motion To Compel the Production of Discovery is DENIED;

2. Ariegwe's Motion for Appointment of Counsel is DENIED; and

3. Ariegwe's Motion for Extension of Time is GRANTED. Ariegwe shall prepare, file, and serve his opening brief on or before June 3, 2024.

The Clerk is directed to provide a copy of this Order to counsel of record and to Kingsley U. Ariegwe along with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 23rd day of April, 2024.

For the Court,

By _____
Chief Justice